B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re   The Glebe, Inc.                        Case No. _____

Debtor(s)               Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Carole Edwards<br>155 Fincastle Court<br>Daleville, VA 24083 | Carole Edwards<br>155 Fincastle Court<br>Daleville, VA 24083 | Life Care Obligation | Contingent | 181,992.00<br>Estimated |
| Charles Felts<br>200 The Glebe Blvd.<br>Apt. # 3020<br>Daleville, VA 24083 | Charles Felts<br>200 The Glebe Blvd.<br>Apt. # 3020<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 187,882.00<br>Estimated |
| Joy McNabb<br>205 Fincastle Court<br>Daleville, VA 24083 | Joy McNabb<br>205 Fincastle Court<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 255,323.00<br>Estimated |
| Lakewood Manor Retirement Community, Inc<br>1900 Lauderdale Drive<br>Richmond, VA 23238 | Lakewood Manor Retirement Community, Inc<br>1900 Lauderdale Drive<br>Richmond, VA 23238 | Intercompany Payable | | 3,600,859.00 |
| Lorna Baker<br>Attn: Tammy Yarter<br>P.O. Box 2867<br>Roanoke, VA 24001-2867 | Lorna Baker<br>Attn: Tammy Yarter<br>P.O. Box 2867<br>Roanoke, VA 24001-2867 | Refundable Entrance Fee & Life Care Obligation | Contingent | 389,589.00<br>Estimated |
| Mr. & Mrs. Cecil and Marlene Short<br>45 Draper Place<br>Daleville, VA 24083 | Mr. & Mrs. Cecil and Marlene Short<br>45 Draper Place<br>Daleville, VA 24083 | Life Care Obligation | Contingent | 181,622.00<br>Estimated |
| Mr. & Mrs. Clyde and Karen Carter<br>Attn: Lynanne Newman<br>P.O. Box 5228<br>Martinsville, VA 24115 | Mr. & Mrs. Clyde and Karen Carter<br>Attn: Lynanne Newman<br>P.O. Box 5228<br>Martinsville, VA 24115 | Refundable Entrance Fee & Life Care Obligation | Contingent | 276,981.00<br>Estimated |
| Mr. & Mrs. Curtis and Carolyn Humphris<br>195 Fincastle Court<br>Daleville, VA 24083 | Mr. & Mrs. Curtis and Carolyn Humphris<br>195 Fincastle Court<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 326,767.00<br>Estimated |
| Mr. & Mrs. Daniel and Wilma Todd<br>200 The Glebe Blvd.<br>Apt. # 5041<br>Daleville, VA 24083 | Mr. & Mrs. Daniel and Wilma Todd<br>200 The Glebe Blvd.<br>Apt. # 5041<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 193,565.80<br>Estimated |

B4 (Official Form 4) (12/07) - Cont.

In re  The Glebe, Inc.  
     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mr. & Mrs. Joseph and Bonita Lucas<br>200 The Glebe Blvd.<br>Apt. # 3034<br>Daleville, VA 24083 | Mr. & Mrs. Joseph and Bonita Lucas<br>200 The Glebe Blvd.<br>Apt. # 3034<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 187,596.40 Estimated |
| Mr. & Mrs. Leon and Jane Jennings<br>200 The Glebe Blvd.<br>Apt. # 3000<br>Daleville, VA 24083 | Mr. & Mrs. Leon and Jane Jennings<br>200 The Glebe Blvd.<br>Apt. # 3000<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 344,627.20 Estimated |
| Mr. & Mrs. M. Caldwell and June Butler<br>200 The Glebe Blvd.<br>Apt. # 1024<br>Daleville, VA 24083 | Mr. & Mrs. M. Caldwell and June Butler<br>200 The Glebe Blvd.<br>Apt. # 1024<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 269,129.60 Estimated |
| Mr. & Mrs. Malcolm and Lorra Doolittle<br>609 Dunberry Drive<br>Arnold, MD 21012 | Mr. & Mrs. Malcolm and Lorra Doolittle<br>609 Dunberry Drive<br>Arnold, MD 21012 | Refundable Entrance Fee & Life Care Obligation | Contingent | 200,749.00 Estimated |
| Mr. & Mrs. Max and Nancy Bertholf<br>200 The Glebe Blvd.<br>Apt. # 3010<br>Daleville, VA 24083 | Mr. & Mrs. Max and Nancy Bertholf<br>200 The Glebe Blvd.<br>Apt. # 3010<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 199,720.00 Estimated |
| Mr. & Mrs. Richard and Lu Shirley Coar<br>4727 Afton Lane<br>Roanoke, VA 24012 | Mr. & Mrs. Richard and Lu Shirley Coar<br>4727 Afton Lane<br>Roanoke, VA 24012 | Note Payable | | 210,054.96 |
| Mr. & Mrs. Robert and Dora Harshbarger<br>200 The Glebe Blvd.<br>Apt. # 3036<br>Daleville, VA 24083 | Mr. & Mrs. Robert and Dora Harshbarger<br>200 The Glebe Blvd.<br>Apt. # 3036<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 234,607.00 Estimated |
| Mr. & Mrs. Thomas and Carolyn Harrison<br>85 Fincastle Court<br>Daleville, VA 24083 | Mr. & Mrs. Thomas and Carolyn Harrison<br>85 Fincastle Court<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 204,729.80 Estimated |
| Mr. & Mrs. Vernon and Jane Daniel<br>200 The Glebe Blvd.<br>Apt. # 3028<br>Daleville, VA 24083 | Mr. & Mrs. Vernon and Jane Daniel<br>200 The Glebe Blvd.<br>Apt. # 3028<br>Daleville, VA 24083 | Refundable Entrance Fee & Life Care Obligation | Contingent | 225,493.00 Estimated |
| U.S. Bank National Association<br>Attn: Christopher Gehman<br>1021 East Cary Street<br>Richmond, VA 23219 | Bond Trustee<br>U.S. Bank National Association<br>Attn: Christopher Gehman<br>1021 East Cary Street<br>Richmond, VA 23219 | Deficiency | Unliquidated | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   The Glebe, Inc.                                                      Case No.  _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Virginia Baptist Homes Foundation<br>2828 Emerywood Parkway<br>Richmond, VA 23294-3718 | Virginia Baptist Homes Foundation<br>2828 Emerywood Parkway<br>Richmond, VA 23294-3718 | Intercompany Payable | | 1,613,949.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   6/28/2010            Signature   _[signature]_

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.